UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Santos Thomas,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:19-cv-01271-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 03/22/2020 to 04/21/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time. Good cause exists for this late request. The week of 03/15/2020, Plaintiff's Counsel had 10 administrative hearings, two hearing preparation appointments with claimants, five letter briefs, one merit brief and one reply brief due. The week of 03/22/2020, Plaintiff's Counsel had seven administrative hearings, 10 hearing preparation appointments with claimants, seven letter briefs, one reply brief and two

opening briefs due.   Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

     Additionally, due to the ongoing pandemic with COVID 19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff. The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.  As a result, Plaintiff's Counsel requires additional time to brief this matter.

     Plaintiff's Counsel acknowledges the untimeliness of this proposed extension request and apologizes to the defendant and the Court. Counsel will ensure all other deadlines and requests on this matter are met in a timely manner.

                       Respectfully submitted,

Dated: March 24, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

                    By: */s/ Jonathan Omar Pena*
                         JONATHAN OMAR PENA
                         Attorneys for Plaintiff

Dated: March 24, 2020         MCGREGOR W. SCOTT
                         United States Attorney
                         DEBORAH LEE STACHEL
                         Regional Chief Counsel, Region IX
                         Social Security Administration

                    By:  */s/ Marcelo N. Illarmo*
                         Marcelo N. Illarmo
                         Special Assistant United States Attorney
                         Attorneys for Defendant
                         (*As authorized by email on 03/24/2020)

ORDER

The plaintiff's stipulated request for extension is granted.

IT IS SO ORDERED.

Dated: March 24, 2020 /s/ Jeremy Peterson
 UNITED STATES MAGISTRATE JUDGE

No. 204.