UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Santos Thomas,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:19-CV-01271<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 25, 2020 to July 27, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly. This is Plaintiff's third request for an extension of time, but first request for this task.  Good cause exists for this request.

  As with most organizations, COVID-19 has taken a toll on the regular course of business within Counsel's office. As a result of the various executive orders throughout Fresno County and the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.   The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in

developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.  Additionally, Counsel requires that his staff self-quarantine when COVID-19 symptoms appear, thus further reducing support necessary to timely and efficiently process the workload.

     Additionally, the week of 6/14/2020, Plaintiff's Counsel has 25 administrative hearings 2 Motions for Summary Judgement, 5 Opening briefs, and 3 Reply briefs. The week of 6/21/2020, Plaintiff's Counsel had 28 administrative hearings, 12 Opening briefs, and 1 Letter brief.  Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

     Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 9, 2020                PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: June 9, 2020                MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:  **/s/ Marcelo N. Illarmo*
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on June 9, 2020)

**ORDER**

Plaintiff's extension request is granted as stipulated.

IT IS SO ORDERED.

Dated: <u>  June 9, 2020  </u>      _____
UNITED STATES MAGISTRATE JUDGE

No. 204.